UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERMA WOODHULL, Personal
Representative of the Estate of
Michael Woodhull, Deceased,

        Plaintiff,

v.

COUNTY OF KENT, LAWRENCE A. STELMA,
SHERIFF; CORNERSTONE COMMUNITY MENTAL
HEALTH SERVICES, RYAN VEENEMAN, THE FAMILY
OUTREACH CENTER, NANCY SQUIRES, R.N.,
GWEN LANSER, R.N., TAMMY SYSWERDA, R.N.;
CATHERINE WHITE, R.N.; DANIEL CARREL, D.O.;
NASIM YACOB, M.D.; AND CORRECTIONAL
MEDICAL SERVICES, INC.,
jointly and severally,

        Defendants.

Case No. 1:04-cv-203
Hon. Wendell A. Miles

_____

| | |
|---|---|
| Douglas A. Merrow (P35805) | Ronald W. Chapman (P37603) |
| LAW OFFICE OF DOUGLAS A. | David B. Mammel (P60732) |
| MERROW, P.L.L.C. | CHAPMAN AND ASSOCIATES, P.C. |
| Attorney for Plaintiff | Atty for Defs. Correctional Medical Services, Inc. |
| 700 Mall Drive, Suite C | Nasim Yacob, M.D., Daniel Carrel, D.O. |
| Portage, MI 49024 | Tammy Syswerda, R.N., Gwen Lanser, R.N. |
| (269) 323-1003 | Nancy Squires, R.N., Catherine White, R.N. |
| | 40950 N. Woodward Avenue, Suite 350 |
| Peter A. Smit (P27886) | Bloomfield Hills, MI 48304 |
| Paul J. Greenwald (P25368) | (248) 644-6326 |
| VARNUM, RIDDERING, SCHMIDT | |
| & HOWLETT, LLP | John Roels (P26098) |
| Attorneys for County of Kent, | WHEELER UPHAM, P.C. |
| Sheriff Lawrence Stelma | Attorney for Defendant Family Outreach Center |
| And Cornerstone Community Mental | and Ryan Veeneman |
| Health Services | 40 Pearl Street, NW, Floor 2 |
| Bridgewater Place | Grand Rapids, MI 49503 |
| P.O. Box 352 | (616) 459-7100 |
| Grand Rapids, MI 49501 | |
| (616) 336-6000 | |

_____

**ORDER APPROVING WRONGFUL DEATH SETTLEMENT AND AUTHORIZING
DISTRIBUTION OF PROCEEDS**

At a session of said Court, held in the Courthouse in the
County of Kent, State of Michigan, on the
**4th day of August, 2005**
PRESENT: HON. WENDELL A. MILES

THIS matter having come before the Court upon the Motion of the Plaintiff, ERMA WOODHULL, as Personal Representative of the Estate of Michael Woodhull, deceased; this Court having conducted a hearing and having taken the testimony of the personal representative and the Court having been fully advised in the premises;

IT IS HEREBY ORDERED that the proposed settlement in the amount of $50,000.00 ($35,000.00 on behalf of Kent County , Cornerstone and Sheriff Stelma and $15,000.00 on behalf of Ryan Veeneman and the Family Outreach Center) is approved and Plaintiff, ERMA WOODHULL, Personal Representative of the Estate of Michael Woodhull, deceased, is authorized to sign releases, waivers, or other documents to effectuate that settlement;

IT IS FURTHER ORDERED that Plaintiff is authorized to pay, from the proceeds of the settlement, the sum of $2,873.17 to the LAW OFFICE OF DOUGLAS A. MERROW, P.L.L.C. which represents its attorney fee for services rendered in the prosecution of this lawsuit;

IT IS FURTHER ORDERED that Plaintiff is authorized to pay, from the proceeds of the settlement, the sum of $41,380.48 to the LAW OFFICE OF DOUGLAS A. MERROW, P.L.L.C. which represents its costs incurred in the prosecution of this lawsuit;

IT IS FURTHER ORDERED the that Plaintiff is authorized to distribute the proceeds of this settlement to those persons who may be entitled to damages under MCLA §600.2922(3); MSA §278.2922(3) and in accordance with the Verified Stipulation which will be produced at the time of this hearing, as follows:

    a.  Erma Woodhull, as Personal Representative    $ 5,746.35
        of the Estate of Michael Woodhull, deceased, (mom);
    b.  R.J. Woodhull   (brother)    $ 0.00
    c.  Joseph Woodhull (brother)    $ 0.00


    **/s/ Wendell A. Miles**
_____
HONORABLE WENDELL A. MILES
FEDERAL COURT JUDGE