UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERMA WOODHULL, Personal Representative of the Estate of Michael Woodhull, Deceased,

    Plaintiff,

v.

COUNTY OF KENT, LAWRENCE A. STELMA, SHERIFF; CORNERSTONE COMMUNITY MENTAL HEALTH SERVICES, RYAN VEENEMAN, THE FAMILY OUTREACH CENTER, NANCY SQUIRES, R.N., GWEN LANSER, R.N., TAMMY SYSWERDA, R.N.; CATHERINE WHITE, R.N.; DANIEL CARREL, D.O.; NASIM YACOB, M.D.; AND CORRECTIONAL MEDICAL SERVICES, INC.,
jointly and severally,

    Defendants.

Case No. 1:04-cv-203
Hon. Wendell A. Miles

---

| | |
|---|---|
| Douglas A. Merrow (P35805) | Ronald W. Chapman (P37603) |
| LAW OFFICE OF DOUGLAS A. MERROW, P.L.L.C. | David B. Mammel (P60732) |
| Attorney for Plaintiff | CHAPMAN AND ASSOCIATES, P.C. |
| 341 S. Pitcher Street | Atty for Defs. Correctional Medical Services, Inc. |
| Kalamazoo, MI 49007 | Nasim Yacob, M.D., Daniel Carrel, D.O. |
| (269) 323-1003 | Tammy Syswerda, R.N., Gwen Lanser, R.N. |
| | Nancy Squires, R.N., Catherine White, R.N. |
| | 40950 N. Woodward Avenue, Suite 350 |
| Peter A. Smit (P27886) | Bloomfield Hills, MI 48304 |
| Paul J. Greenwald (P25368) | (248) 644-6326 |
| VARNUM, RIDDERING, SCHMIDT & HOWLETT, LLP | |
| Attorneys for County of Kent, | John Roels (P26098) |
| Sheriff Lawrence Stelma | WHEELER UPHAM, P.C. |
| And Cornerstone Community Mental | Attorney for Defendant Family Outreach Center |
| Health Services | and Ryan Veeneman |
| Bridgewater Place | 40 Pearl Street, NW, Floor 2 |
| P.O. Box 352 | Grand Rapids, MI 49503 |
| Grand Rapids, MI 49501 | (616) 459-7100 |
| (616) 336-6000 | |

---

## ORDER APPROVING WRONGFUL DEATH SETTLEMENT AND AUTHORIZING DISTRIBUTION OF PROCEEDS

At a session of said Court, held in the Courthouse in the
County of Kent, State of Michigan, on the
____10th____ day of ____April____, 2007.

PRESENT: HON. WENDELL A. MILES

THIS matter having come before the Court upon the Motion of the Plaintiff, ERMA WOODHULL, as Personal Representative of the Estate of Michael Woodhull, deceased; this Court having conducted a hearing and having taken the testimony of the personal representative and the Court having been fully advised in the premises;

IT IS HEREBY ORDERED that the proposed settlement in the amount of $20,000.00 (on behalf of Correctional Medical Services, Inc.) is approved and Plaintiff, ERMA WOODHULL, Personal Representative of the Estate of Michael Woodhull, deceased, is authorized to sign releases, waivers, or other documents to effectuate that settlement;

IT IS FURTHER ORDERED that Plaintiff is authorized to pay, from the proceeds of the settlement, the sum of $5,543.19 to the LAW OFFICE OF DOUGLAS A. MERROW, P.L.L.C. which represents its attorney fee for services rendered in the prosecution of this lawsuit;

IT IS FURTHER ORDERED that Plaintiff is authorized to pay, from the proceeds of the settlement, the sum of $3,370.44 to the LAW OFFICE OF DOUGLAS A. MERROW, P.L.L.C. which represents its costs incurred in the prosecution of this lawsuit;

IT IS FURTHER ORDERED the that Plaintiff is authorized to distribute the proceeds of this settlement to those persons who may be entitled to damages under MCLA §600.2922(3); MSA §278.2922(3) and in accordance with the Verified Stipulation which will be produced at the time of this hearing, as follows:

    a. Erma Woodhull, as Personal Representative    $Zero Dollars
       of the Estate of Michael Woodhull, deceased, (mom);

    b.  R.J. Woodhull   (brother)                               $11,086.37  
    c.  Joseph Woodhull (brother)                         $Zero Dollars

 /s/ Wendell A. Miles  
_____  
HONORABLE WENDELL A. MILES  
FEDERAL COURT JUDGE